UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARBOR ASSOCIATES LIMITED PARTNERSHIP, a Florida limited partnership,<br><br>DR. KRISHNA P. SINGH,<br><br>KAPEX I, LLC, a Florida limited liability company,<br><br>and<br><br>MULTI-DECADES TRUST, d/b/a Harbor Associates Limited Partnership<br><br>          Plaintiffs,<br><br>v.<br><br>STIMGUARD, LLC, a Bahamas limited liability company;<br><br>MICRON DEVICES, LLC, a Delaware limited liability company;<br><br>LAURA PERRYMAN;<br><br>DR. SANJAY GUPTA;<br><br>STIMQ MEDICAL, LLC, a Bahamas limited liability company;<br><br>and JOHN DOES 1 – 10,<br><br>          Defendants. | Civil Action<br><br>Case No.: 2:18-CV-03235-WB |

**STIPULATED [PROPOSED FORM OF] ORDER TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c) AND FED. R. CIV. P. 60(b)(4), AND DISMISS COMPLAINT AND FIRST AMENDED COMPLAINT PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii) and (A)(2)**

Plaintiffs Harbor Associated Limited Partnership, a Florida limited partnership; Dr. Krishna P.Singh; Kapex I, LLC, a Florida limited partnership; and Multi-Decades Trust, d/b/a

Harbor Associates Limited Partnership and defendants, StimGuard, LLC, a Bahamas limited liability company ("StimGuard"); Micron Devices, LLC, a Delaware limited liability company ("Micron"); the Board of Directors of Micron (together with Micron, the "Micron Defendants"); Laura Perryman ("Ms. Perryman"); Dr. Sanjay Gupta ("Dr. Gupta"); and StimQ Medical LLC, a Bahamas limited liability company ("StimQ", and collectively with StimGuard, the Micron Defendants, Ms. Perryman and Dr. Gupta, the "Defendants") hereby stipulate subject to order by the United States District Court for the Eastern District as follows:

1. The entry of default against the Micron Defendants is set aside;
2. The above captioned matter is dismissed without prejudice.

***Respectfully submitted and approved as to form:***

**Counsel for Plaintiff**

Weisberg Law

By:/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esq.
Attorney No. 85570
7 South Morton Avenue
Morton, PA 19070
Tele: (610) 690-0801
Fax (610) 690-0880
e-mail: mweisberg@weisberglawoffices.com

**Counsel for defendant Dr. Gupta**

Law office of Joseph P. Howard, LLC

By:/s/ Joseph P. Howard
Joseph P. Howard, Esq.
Attorney No. 309938
1920 Fairfax Avenue
Cherry Hill, NJ 08003
Tele : (856) 282-1318
e-mail: jhoward@jph-law.com

***Counsel for the StimGuard Defendants; the Micron Defendants; Ms. Perryman; and the StimQ Defendants***

The Williams Law Firm, P.A.

By:/s/ John L. Williams
John L. Williams, Esq.
Attorney No. 88738
1201 N. Orange Street, Suite 600
P.O. Box 511
Wilmington, DE 19899- 0511
Tele: (302) 575-0873

Fax: (302) 575-0925
E-mail: John@TrustWilliams.com

**Court Approval**

SO ORDERED:

Dated: _____    _____
                            The Honorable Wendy Beetlestone